UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 5:13-CR-68-MTT |
| | ) | |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| STEVEN A. MURRAY | ) | |
| and | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 1001 |
| BIO-TECH MANAGEMENT, INC | ) | 18 U.S.C. § 1519 |
| dba Bio-Tech Systems | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. 1341 |
| | ) | 7 U.S.C. § 136j |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

### Introduction

At all times relevant to this Indictment:

1. Defendant Steven A. Murray was the President and majority owner of Bio-Tech Management, Inc.

2. Defendant Bio-Tech Management, Inc (Bio-Tech) was incorporated under the laws of Alabama in July 1990 by defendant Steven A. Murray. Defendant Bio-Tech also operated under the name "Bio-Tech Systems." Defendant Bio-Tech rented shared office space and received mail at a post office box in Birmingham, Alabama; however, defendant Steven A. Murray operated the business primarily from his residence in Pelham, Alabama.

3. Defendant Bio-Tech's principle business was to provide pest control services to nursing home clients. Defendant Bio-Tech began servicing nursing home clients in Alabama, and later expanded its operations to Georgia, South Carolina, North Carolina, Florida and Tennessee.

4. Defendant Bio-Tech provided regular pest control services through its employees or "technicians." These Bio-Tech technicians would visit a nursing home client and apply pesticides in and around the nursing home structure. Most of defendant Bio-Tech's clients received monthly service, others quarterly.

5. After servicing a nursing home, the Bio-Tech technician would fill out a company service report form (service report) documenting the pesticides he used and the areas of the structure treated. The technician would also sign and date the service report. The Bio-Tech technician left the yellow copy of the completed service report with the nursing home client and retained the white copy for the company's file.

6. UHS-Pruitt, Inc., operated and managed over 70 senior nursing and assisted nursing living centers (nursing homes) in Georgia, North Carolina and South Carolina, many of which were serviced by Bio-Tech. UHS-Pruitt's headquarters is located in Norcross, Georgia. Before providing pest control services to a UHS-Pruitt managed facility, Bio-Tech entered into a written contract requiring Bio-Tech to use all pesticides in accordance with the manufacturer's label directions and be in compliance with federal, state, and local regulations.

7. Ethica Health and Retirement Communities, LLC (Ethica), managed over 50 senior health care facilities (nursing homes) in Georgia, many of which were serviced by Bio-Tech. Ethica maintained an operations office in Gray, Georgia. Defendant Bio-Tech entered into a written contract requiring Bio-Tech to provide all listed Ethica nursing homes pesticide treatments using products in accordance with prescribed manufacturing, federal and state guidelines. The written agreement also required that a Bio-Tech technician leave a written service report with the administrator of each Ethica nursing home and that a record book

containing these reports be kept in the administrator's office.

8.  Among the pesticides routinely applied by Bio-Tech technicians at client nursing homes was Termidor SC (Termidor).  At all times relevant to this indictment, Termidor has been a lawfully registered pesticide with a manufacturer's label approved by the United States Environmental Protection Agency (U.S. EPA).  The active ingredient in Termidor is Fipronil, which constitutes 9.1% of the pesticide.  According to the directions contained on the Termidor label, this pesticide was not permitted to be used inside a structure to kill or control ants, cockroaches, earwigs, silverfish, spiders or other listed perimeter pests except as a foam application into wall voids.  The Termidor label further prohibited more than two applications per year to kill these listed perimeter pests.

9.  There is no known registered pesticide named "CyKick T."

## The Applicable Law

10.  The manufacture, distribution and use of pesticides is regulated under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), Title 7, United States Code (U.S.C.), section 136 et. seq., and the regulations promulgated by the U.S. EPA as codified at Title 40, Code of Federal Regulations (CFR) Subchapter E.

11.  In 7 U.S.C. § 136(u), the term "pesticide" is defined in part as: "(1) any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest..."

12.  Pursuant to 7 U.S.C. § 136a, no person in any state may distribute or sell to any person any pesticide that is not registered with the U.S. EPA.  In order to register a pesticide, the applicant must file with the U.S. EPA a complete copy of the pesticide label which is to include directions for its use.

13. Under 7 U.S.C. § 136j(a)(2)(G), it is unlawful for any person to use any registered pesticide in a manner inconsistent with its labeling.

14. Under the Performance Partnership Grant Program (PPG), the U.S. EPA provides federal funds to the Georgia Department of Agriculture (GDA) to implement, maintain and strengthen a comprehensive pesticide control program within the state which includes enforcement of pesticide use violations, certification and training of pesticide applicators, and worker safety. In order to receive PPG funds, GDA submits a Work Plan, subject to U.S. EPA approval, outlining the activities that the federal financial assistance is to support, such as facility inspections and enforcement actions. The Work Plan requires GDA to submit periodic compliance monitoring reports to the U.S. EPA. Federal Grant Monitors evaluate GDA's progress in implementing the pesticide control program during Mid-Year and End of the Year reviews.

15. Paragraphs 1-14 of the Introduction are incorporated by reference into Counts One through Fifty-two below.

**COUNT ONE**
**18 U.S.C. § 371**
**Conspiracy**

16. Beginning at a date unknown but no later than October 2005, and continuing until in or about August 2010, in the Macon Division, Middle District of Georgia and elsewhere in the jurisdiction of this Court, the defendants,

**STEVEN A. MURRAY and**

**BIO-TECH MANAGEMENT, INC.,**

through their agents and employees and for the benefit of Bio-Tech did combine, conspire,

confederate, agree and have an understanding with each other and with other persons known and unknown to the Grand Jury, with an object to commit an offense against the United States, namely:

### A.  Objects of the Conspiracy:

**i.**  To violate the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) by using the registered pesticide Termidor in a manner inconsistent with its labeling.  7 U.S.C. § 136j.

**ii.**  To knowingly and willfully make and use a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of a department or agency of the United States.  18 U.S.C. § 1001.

**iii.**  To knowingly alter, conceal, cover up, falsify and make a false entry in a record, document and tangible item with the intent to impede, obstruct, and influence the investigation and proper administration of any matter within the jurisdiction of a department or agency of the United States or in relation to or contemplation of such matter. 18 U.S.C. § 1519.

**iv.**  To impair, impede, and frustrate the lawful government functions of the U.S. EPA, namely, the administration and enforcement of FIFRA.  18 U.S.C. § 371.

### B.  Manner & Means:

17. It was part of the manner and means of the conspiracy that Bio-Tech employees, at the instruction of defendant Steven A. Murray, used the registered pesticide Termidor in a manner inconsistent with its labeling.

18. It was further part of the manner and means of the conspiracy that Bio-Tech employees, at the instruction of defendant Steven A. Murray, made and used false, fictitious and fraudulent company service reports which they submitted to nursing home clients in order to

5

conceal their unlawful use of the registered pesticide Termidor.

19. It was further part of the manner and means of the conspiracy that Bio-Tech employees, at the instruction of defendant Steven A. Murray, altered, falsified and made false entries in company service reports after being notified that the GDA was investigating defendant Bio-Tech for the unlawful use of pesticides.

20. It was further part of the manner and means of the conspiracy that defendant Steven A. Murray submitted false, fictitious and fraudulent company service reports to the GDA in response to that government agency's request in furtherance of an investigation into defendant Bio-Tech's unlawful use of pesticides.

21. It was further part of the manner and means of the conspiracy that defendant Steven A. Murray made false statements to a representative of the U.S. EPA to the effect that Bio-Tech technicians did not use the registered pesticide Termidor indoors.

C.   **Overt Acts:**

22. In furtherance of the conspiracy, defendants Steven A. Murray and Bio-Tech and other members of the conspiracy known and unknown to the Grand Jury committed the following overt acts:

23. **Overt Acts 1-3**: On or about dates unknown to the Grand Jury but no later than December 2006, defendant Steven A. Murray separately advised co-conspirators #1, #2 and #3, respectively, to use the registered pesticide Termidor in a manner inconsistent with its labeling.

24. **Overt Acts: 4-6**: At a date unknown to the Grand Jury but no later than December 2006, defendant Steven A. Murray separately instructed co-conspirators #1, #2, and #3, respectively, to falsify Bio-Tech service reports by writing the false pesticide product name "CyKick T" on the service report when they used the pesticide Termidor.

6

25. **Overt Acts 7-11:**  Beginning no later than December 2006, co-conspirator #1 routinely used Termidor, a registered pesticide, in a manner inconsistent with its labeling by applying it indoors and more than twice per year, including misuse on the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 7 | 8/26/08 | Gordon Healthcare | Calhoun, GA |
| 8 | 1/9/09 | Arrowhead Health Center | Jonesboro, GA |
| 9 | 1/28/09 | Ft. Oglethorpe Nursing Center | Ft. Oglethorpe, GA |
| 10 | 1/29/09 | Winthrop Manor | Rome, GA |
| 11 | 2/12/09 | Life Care Center Gwinnett | Lawrenceville, GA |

26. **Overt Acts 12-16:**  Beginning no later than October 2005, co-conspirator #2 routinely used Termidor, a registered pesticide, in a manner inconsistent with its labeling by applying it indoors and more than twice per year, including misuse on the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 12 | 8/7/08 | Chaplinwood Health and Rehab | Milledgville, GA |
| 13 | 11/26/08 | Boswell Parker Health Care | Greensboro, GA |
| 14 | 12/18/08 | Heritage Healthcare Grandview | Athens, GA |
| 15 | 2/18/09 | Heritage Health Spring Valley (Spring Valley Health Care) | Elberton, GA |
| 16 | 2/26/09 | University Nursing and Rehab | Athens, GA |

27. **Overt Acts 17-21**: Beginning no later than March 2006, co-conspirator #3 routinely used Termidor, a registered pesticide, in a manner inconsistent with its labeling by applying it indoors and more than twice per year, including misuse on or about the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

7

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 17 | 11/26/08 | Holly Hill Nursing Home | Valdosta, GA |
| 18 | 1/19/09 | Presbyterian Home | Quitman, GA |
| 19 | 1/30/09 | Crestwood Nursing Home | Valdosta, GA |
| 20 | 2/2/09 | Heritage Health Care of Moultrie | Moultrie, GA |
| 21 | 2/5/09 | Sylvester Health Care | Sylvester, GA |

28. **Overt Acts 22-26**: Beginning no later than December 2006, co-conspirator #1 routinely falsified Bio-Tech service reports by writing the false pesticide product name "CyKick T" in place of the true and correct name of the product he had used, which was Termidor, including on or about the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 22 | 7/28/08 | Peake Healthcare | Macon, GA |
| 23 | 8/1/08 | AG Rhodes Cobb | Marietta, GA |
| 24 | 9/16/08 | Imperial Health Care | Atlanta, GA |
| 25 | 3/2/09 | Autumn Breeze Health Center | Marietta, GA |
| 26 | 4/29/09 | Providence Healthcare | Thomaston, GA |

29. **Overt Acts 27-31**: Beginning no later than October 2005, co-conspirator #2 routinely falsified Bio-Tech service reports by writing the false pesticide product name "CyKick T" in place of the true and correct name of the product he had used, which was Termidor, including on or about the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 27 | 5/09/08 | Sparta Health & Rehab | Sparta, GA |
| 28 | 7/14/08 | Boswell Parker Health Care | Greensboro, GA |
| 29 | 8/01/08 | Greene Point Health Care | Union Point, GA |
| 30 | 8/15/08 | Stone Brook Suites | Gray, GA |
| 31 | 9/04/08 | Athens Heritage Health | Athens, GA |

30. **Overt Acts 32-36**: Beginning no later than March 2006, co-conspirator #3 routinely falsified Bio-Tech service reports by writing the false pesticide product name "CyKick T" in place of the true and correct name of the product he used, which was Termidor, including on or about the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 32 | 11/10/08 | Palmyra Nursing Home | Albany, GA |
| 33 | 11/12/08 | Dawson Manor | Dawson, GA |
| 34 | 12/05/08 | Cordele Health & Rehab | Cordele, GA |
| 35 | 12/12/08 | Heritage Health Care | Ashburn, GA |
| 36 | 1/02/09 | Parkwood Development Ctr | Valdosta, GA |

31. **Overt Acts 37 and 38**: In or about August 2008, co-conspirators #2 and #3 separately trained co-conspirator #4 to use the registered pesticide Termidor in a manner inconsistent with its labeling by applying it indoors and more than twice per year.

32. **Overt Acts 39 and 40**: In or about August 2008, co-conspirators #2 and #3 instructed co-conspirator #4 to falsify Bio-Tech service reports by writing a false pesticide product name "CyKick T" in place of the true and correct name of the product he used, which was Termidor, each of which is a separate overt act of the conspiracy.

9

33. **Overt Acts 41-45:** Beginning no later than August 2008, co-conspirator #4 routinely used Termidor, a registered pesticide, in a manner inconsistent with its labeling by applying it indoors and more than twice per year, including misuse on or about the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 41 | 1/6/09 | North Macon Healthcare | Macon, GA |
| 42 | 1/8/09 | Pinehill Nursing Center | Byromville, GA |
| 43 | 1/16/09 | Elberta Health Care | Warner Robins, GA |
| 44 | 2/5/09 | The Villas at College Hill | Macon, GA |
| 45 | 3/3/09 | Lynn Haven Nursing Home | Gray, GA |

34. **Overt Acts 46-50**: Beginning no later than August 2008, co-conspirator #4 falsified Bio-Tech service reports by using a false product name "CyKick T" in place of the true and correct name of the product he used, which was Termidor, including on or about the following dates at the listed nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Date | Nursing Home | Location |
|---|---|---|---|
| 46 | 10/28/08 | Georgia Veterans Home | Milledgeville, GA |
| 47 | 1/6/09 | The Oaks at Peake - ALC | Macon, GA |
| 48 | 2/27/09 | Montezuma Health Care | Montezuma, GA |
| 49 | 5/18/09 | Taylor County Nurse Home | Butler, GA |
| 50 | 5/20/09 | Providence Health Care | Thomaston, GA |

35. **Overt Acts 51 and 52**: After defendant Steven A. Murray was notified on May 12, 2009, by the GDA of its investigation of Bio-Tech's improper use of pesticides, but before June 17, 2009, he separately instructed co-conspirators #2 and #3 to alter, falsify and make false entries in previously completed Bio-Tech service reports, each of which is a separate overt act of the

10

conspiracy.

36. **Overt Acts 53-57**: Between May 12, 2009 and June 24, 2009, co-conspirator #3 altered, falsified and made false entries in previously completed Bio-Tech service reports by adding the fictitious product name "CyKick T" and a statement representing that the exterior of the facility also had been treated, to include service reports for the following nursing homes, each of which constitutes a separate overt act of the conspiracy:

| Overt Act | Nursing Home | Location |
|---|---|---|
| 53 | Cordele Health and Rehab | Cordele, GA |
| 54 | Ashburn Health Care | Ashburn, GA |
| 55 | Albany Health Care | Albany, GA |
| 56 | Clinch Health Care | Homerville, GA |
| 57 | Lakehaven Health and Rehab | Valdosta, GA |

37. **Overt Act 58**: Between May 12, 2009 and June 17, 2009, defendant Steven A. Murray instructed co-conspirator #4 to alter, falsify, and make false entries in previously completed Bio-Tech service reports by changing the percentage value of the pesticide applied, adding the term "outside," the pesticide product name "Permadust," and Steven Murray's name as a technician.

38. **Overt Acts 59-63**: Between May 12, 2009 and June 24, 2009, co-conspirator #4 altered, falsified and made false entries in previously completed Bio-Tech service reports documenting pesticide applications by adding the term "outside," altering the percentage value of the pesticide applied, adding the pesticide product name "Permadust," and listing "Steven Murray" as a technician, including service reports for the following nursing homes, each of which constitutes a separate overt act:

11

| Overt Act | Nursing Home | Location |
|---|---|---|
| 59 | Gray Nursing Home | Gray, GA |
| 60 | Eastview Nursing Home | Macon, GA |
| 61 | Pinehill Nursing Center | Byromville, GA |
| 62 | Heritage Healthcare of Toomsboro (Toomsboro Health Care) | Toomsboro, GA |
| 63 | Bel Arbor Nursing Home | Macon, GA |

39. **Overt Acts 64-67**: Between May 12, 2009 and June 17, 2009, defendant Steven A. Murray separately collected Bio-Tech service reports he knew contained false, fictitious and fraudulent material statements from co-conspirators #1, #2, #3, and #4, respectively, each of which is a separate overt act of the conspiracy.

40. **Overt Act 68**: On or about May 20, 2009, defendant Steven A. Murray delivered Bio-Tech service reports to GDA inspectors conducting a site visit of the Bio-Tech office in Birmingham, Alabama, which Murray knew contained false, fictitious and fraudulent material statements in that the documents contained the false pesticide product name "CyKick T."

41. **Overt Act 69**: On or about June 17, 2009, defendant Steven A. Murray delivered another set of Bio-Tech service reports to the GDA offices in Atlanta, Georgia that he knew contained false, fictitious and fraudulent material statements in that they contained the false pesticide product name "CyKick T."

42. **Overt Act 70**: On or about August 2, 2010, in Birmingham, Alabama, defendant Steven A. Murray made a false statement and representation to a Special Agent of the U.S. EPA-Criminal Investigation Division, when Murray asserted that Bio-Tech applicators had not used Termidor inside any client nursing home.

All in violation of Title 18, United States Code, Section 371.

12

## COUNTS TWO through TWELVE
## 18 U.S.C. § 1001
## False Statements

43. On or about the following dates and at the following nursing homes within the Middle District of Georgia, the defendants,

**STEVEN A. MURRAY and**

**BIO-TECH MANAGEMENT, INC.,**

through their agents and employees and for the benefit of Bio-Tech, knowingly and willfully made and used a false writing and document knowing it to contain a materially false, fictitious and fraudulent statement or entry in a matter within the jurisdiction of the U.S. EPA by writing the term "CyKick T" in the "Materials Used" section of a company service report, knowing that the statement and document was false because, as the defendants Steven A. Murray and Bio-Tech knew, the pesticide applied was, in truth and in fact, Termidor:

| Count | Date | Nursing Home | Location | Maker |
|---|---|---|---|---|
| 2 | 10/16/08 | Oaks at Athens | Athens, GA | Co-Conspirator #2 |
| 3 | 11/13/08 | Eatonton Health and Rehab | Eatonton, GA | Co-Conspirator #2 |
| 4 | 12/18/08 | University Nursing & Rehab | Athens, GA | Co-Conspirator #2 |
| 5 | 1/21/09 | Sunrise Nursing Home | Moultrie, GA | Co-Conspirator #3 |
| 6 | 1/28/09 | Lee County Health Care | Leesburg, GA | Co-Conspirator #3 |
| 7 | 1/30/09 | Holly Hill | Valdosta, GA | Co-Conspirator #3 |
| 8 | 2/3/09 | Tift Health Care | Tifton, GA | Co-Conspirator #3 |
| 9 | 2/17/09 | The Oaks at Peake -ALC | Macon, GA | Co-Conspirator #4 |
| 10 | 5/18/09 | Roberta Health Care | Roberta, GA | Co-Conspirator #4 |
| 11 | 5/20/09 | Bryant Health and Rehab | Cochran, GA | Co-Conspirator #4 |
| 12 | 5/22/09 | Oconee Healthcare | Montezuma, GA | Co-Conspirator #4 |

All in violation of Title 18, United States Code, Sections 1001(a)(3) and 2.

COUNTS THIRTEEN through TWENTY-TWO
18 U.S.C. § 1519
Falsification of Records

44. On or between May 12, 2009 and June 24, 2009, in the Middle District of Georgia, the defendants,

STEVEN A. MURRAY and

BIO-TECH MANAGEMENT SYSTEMS, INC.,

through their agents and employees and for the benefit of Bio-Tech, knowingly altered, falsified and made a false entry in a record, document, and tangible object, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the U.S. EPA by adding the false pesticide product name "CyKick T" and adding a statement in the narrative section representing that the exterior of the facility was also treated to a company service report documenting pesticide application at the following nursing homes:

| Count | Nursing Home | Location | Maker |
|---|---|---|---|
| 13 | Heritage House | Valdosta, GA | Co-Conspirator #3 |
| 14 | Bainbridge Health Care | Bainbridge, GA | Co-Conspirator #3 |
| 15 | Sylvester Health Care | Sylvester, GA | Co-Conspirator #3 |
| 16 | Lee County Health Care | Leesburg, GA | Co-Conspirator #3 |
| 17 | Sunrise Nursing Home | Moultrie, GA | Co-Conspirator #3 |
| 18 | Presbyterian Home | Quitman, GA | Co-Conspirator #3 |
| 19 | Brownwood Nursing Home | Moultrie, GA | Co-Conspirator #3 |
| 20 | Dawson Manor | Dawson, GA | Co-Conspirator #3 |
| 21 | Holy Hill | Valdosta, GA | Co-Conspirator #3 |
| 22 | Palmyra Nursing Home | Albany, GA | Co-Conspirator #3 |

All in violation of Title 18, United States Code, Sections 1519 and 2.

## COUNTS TWENTY-THREE through THIRTY-TWO
## 18 U.S.C. § 1519
## Falsification of Records

45. On or between May 12, 2009 and June 24, 2009, in the Middle District of Georgia, the defendants,

**STEVEN A. MURRAY and**

**BIO-TECH MANAGEMENT SYSTEMS, INC.,**

through their agents and employees and for the benefit of Bio-Tech, knowingly altered, falsified and made a false entry in a record, document, and tangible object, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the U.S. EPA, by adding the word "outside," altering the percentage value of the pesticide applied, adding the pesticide product name "Permadust" to the Materials Used section, and listing "Steven Murray" as a technician on a company service report documenting pesticide application at the following nursing homes:

| Count | Nursing Home | Location | Maker |
|---|---|---|---|
| 23 | The Villa's at College Hill | Macon, GA | Co-Conspirator #4 |
| 24 | Elberta Health Care | Macon, GA | Co-Conspirator #4 |
| 25 | Heritage Healthcare Forsyth | Forsyth, GA | Co-Conspirator #4 |
| 26 | Roberta Healthcare | Roberta, GA | Co-Conspirator #4 |
| 27 | Lynn Haven Nursing Home | Gray, GA | Co-Conspirator #4 |
| 28 | North Macon Health Care | Macon, GA | Co-Conspirator #4 |
| 29 | Bolingreen Nursing Home | Macon, GA | Co-Conspirator #4 |
| 30 | Cherry Blossom Healthcare | Macon, GA | Co-Conspirator #4 |
| 31 | Peake Healthcare | Macon, GA | Co-Conspirator #4 |
| 32 | Hilltop Nursing Home | Forsyth, GA | Co-Conspirator #4 |

All in violation of Title 18, United States Code, Sections 1519 and 2.

## COUNTS THIRTY-THREE through FORTY-TWO
## 18 U.S.C. § 1341
## Mail Fraud

46. It was part of the scheme and artifice to defraud that defendant Steven A. Murray advised Bio-Tech employees to apply the registered pesticide Termidor in a manner inconsistent with its labeling.

47. It was further a part of the scheme and artifice that defendant Steven A. Murray instructed Bio-Tech employees to make false service reports that were submitted to client nursing homes in order to conceal their unlawful use of the pesticide Termidor.

48. It was further a part of the scheme and artifice that defendants Steven A. Murray and Bio-Tech caused invoices to be sent by U.S. Mail to nursing homes inducing their clients to pay for the lawful use of registered pesticides, such as Termidor, when in truth and in fact, the pesticides were applied by Bio-tech technicians in an unlawful manner.

49. It was further a part of the scheme and artifice that defendants Steven A. Murray and Bio-Tech, caused checks to be sent by their clients through the U.S. Mail as payment for the use of registered pesticides, such as Termidor, in a manner inconsistent with its labeling.

50. From October 1, 2008 to June 1, 2009, in the Middle District of Georgia, the defendants,

**STEVEN A. MURRAY and**

**BIO-TECH MANAGEMENT SYSTEMS, INC.,**

through their agents and employees and for the benefit of Bio-Tech, having devised and intending to devise the above-described scheme and artifice to defraud the listed nursing home clients and their respective management companies, UHS-Pruitt, Inc., and Ethica, LLC, of money and funds and to obtain those monies and funds by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to execute and concealing and

attempting to conceal the above described scheme and artifice, knowingly caused to be delivered by mail according to the direction thereon, invoices to nursing home clients in order to induce payment, also sent by U.S. Mail, for pesticide applications that were to be used in accordance with the manufacturer's label directions and in compliance with federal, state and local guidelines, but in truth and in fact, were not, including the following:

| Count | Invoice Date / # | Facility Serviced / Billed | Management Company |
|---|---|---|---|
| 33 | 10/01/08 #125594 | Greene Point Healthcare Union Point, GA | Ethica |
| 34 | 11/01/08 #125916 | Crestwood Nursing Home Valdosta, GA | UHS-Pruitt |
| 35 | 11/01/08 #125816 | Dawson Manor Dawson, GA | Ethica |
| 36 | 1/01/09 #126366 | Heritage HC of Ashburn Ashburn, GA | UHS-Pruitt |
| 37 | 1/01/09 #126295 | Lee County Health Care Center Leesburg, GA | Ethica |
| 38 | 1/01/09 #126422 | Parkwood Development Center Valdosta, GA | UHS-Pruitt |
| 39 | 1/01/09 #126274 | Chaplinwood Nursing Home Milledgeville, GA | Ethica |
| 40 | 1/01/09 #126371 | Heritage Healthcare of Athens Athens, GA | UHS-Pruitt |
| 41 | 1/01/09 #126296 | Lilian G. Carter Nursing Ctr Plains, GA | Ethica |
| 42 | 2/01/09 #126648 | Lakehaven Nursing Home Valdosta, GA | UHS-Pruitt |

All in violation of Title 18, United States Code, Section 1341.

## COUNTS FORTY-THREE through FIFTY-TWO
## 7 U.S.C. § 136j
### Unlawful Use of a Pesticide

51. On or about the following dates, in the Middle District of Georgia, the defendants,

**STEVEN A. MURRAY and**

**BIO-TECH MANAGEMENT SYSTEMS, INC.,**

through their agents and employees and for the benefit of Bio-Tech, knowingly used a registered pesticide in a manner that was inconsistent with its labeling when they applied Termidor indoors and more than twice a year at the following nursing homes:

| Count | Date | Nursing Home | Location | Applicator |
|---|---|---|---|---|
| 43 | 1/21/09 | Chaplinwood Nursing Home | Milledgeville GA | Co-Conspirator #2 |
| 44 | 1/30/09 | The Oak of Athens | Athens, GA | Co-Conspirator #2 |
| 45 | 2/16/09 | Boswell Parker Health Care | Greensboro, GA | Co-Conspirator #2 |
| 46 | 12/19/08 | Crestwood Nursing Home | Valdosta, GA | Co-Conspirator #3 |
| 47 | 1/7/09 | Sylvester Health Care | Sylvester, GA | Co-Conspirator #3 |
| 48 | 1/19/09 | Bainbridge Health Care | Bainbridge, GA | Co-Conspirator #3 |
| 49 | 1/28/09 | Lee County Health Care | Leesburg, GA | Co-Conspirator #3 |
| 50 | 1/14/09 | Heritage Healthcare Forsyth | Forsyth, GA | Co-Conspirator #4 |
| 51 | 1/26/09 | Montezuma Health Care | Macon, GA | Co-Conspirator #4 |
| 52 | 5/6/09 | Bolingreen Nursing Home | Macon, GA | Co-Conspirator #4 |

All in violation of Title 7, United States Code, Sections 136j(a)(2)(G) and 136*l*(b)(2).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

ROBERT G. DREHER
ACTING ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES DIVISION
UNITED STATES STATES DEPARTMENT OF JUCTICE

_____
RICHARD J. POWERS
TRIAL ATTORNEY
ENVIRONMENTAL CRIMES SECTION
UNITED STATES DEPARTMENT OF JUSTICE

*Filed in open court*

this ____ day of _____ 2013

_____
*Deputy Clerk*

19

A TRUE BILL

S/
———————————————
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

ROBERT G. DREHER
ACTING ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES DIVISION
UNITED STATES STATES DEPARTMENT OF JUCTICE

*Richard J. Powers by smp*
RICHARD J. POWERS
TRIAL ATTORNEY
ENVIRONMENTAL CRIMES SECTION
UNITED STATES DEPARTMENT OF JUSTICE

*Filed in open court*

this **11th** day of **September** 2013

*[signature]*
Deputy Clerk

19