UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



# MINUTE SHEET
# OF COURT PROCEEDINGS

| | |
|---|---|
| Date: September 24, 2013 | Type of Hearing: IA/Bond/Arraignment Hrg |
| Judge: CHARLES H. WEIGLE | Court Reporter/Tape #: FTR Gold |
| Courtroom Deputy: Charlene A. Lunsford | Interpreter: N/A |

Case Number: 5:13-CR-00068-001-MTT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     vs. | AUSA: Richard J. Powers |
| STEVEN A. MURRAY & BIO-TECH MANAGEMENT, INC. | Counsel: Floyd M. Buford, Jr. |

Agents/Experts in attendance: Donnie Allen, USPO

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

### I.   INITIAL APPEARANCE/ARRAIGNMENT/PLEA                Time in Court:   15 minutes

- ☐ Dft attorney not present.
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.
- ☒ Standard Pre-trial Order to be e-filed.
- ☒ Not Guilty plea entered by deft in writing.
- ☒ Other: NG plea entered by Bio-Tech, President Steven A. Murray

- ☐ **Initial Appearance Only.**
- ☐ **Arraignment Only.**
- ☒ **Both Initial Appearance and Arraignment.**

### II.   BOND/DETENTION                Time in Court:   5 minutes

**Government Motion for Detention:**
☐ Granted   ☐ Denied
   ☐ Order to follow

☒ Bond set at $
   Type: ☒ Own Recognizance
      ☐ Unsecured
      ☐ Fully Secured
      ☐ Secured by

**Conditions of Release:**
Standards Conditions

☐ Bond Supervision
☐ House Arrest
☐ Surrender Passport
☐ No Firearms
☐ Drug / Alcohol Testing
☐ Electronic Monitoring
☒ Travel Restricted to: Alabama, GA for court purposes, Texas (advance permission)

**Detention Hearing:**
Continued to:
Upon motion of ☐ Govt   ☐ Deft

☐ Temporary detention Ordered pending hearing
☐ Detention Ordered pending trial

Other:  Bond supervision for travel purposes ONLY.