IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| PLAINTIFF, | )<br>)<br>) |
| v. | )  CRIM NO. 5:13-CR-68-MTT<br>) |
| STEVEN A. MURRAY AND<br>BIOTECH MANAGEMENT, INC.<br>DBA BIO-TECH SYSTEMS | )<br>)<br>)<br>) |
| DEFENDANT. | )<br>) |

## MOTION TO PRECLUDE

COME NOW the defendants, Steven A. Murray ("Mr. Murray") and Biotech Management, Inc. DBA Bio-Tech Systems ("Biotech"), and hereby move for an Order from this Honorable Court precluding the Government from calling the five expert witnesses who are the subject of the Government's February 21, 2014 correspondence to defense counsel, attached hereto as Exhibit A. The basis for this motion is that the disclosure is both incomplete and extremely untimely. A separate memorandum in support of this motion is being filed contemporaneously.

WHEREFORE, defendants respectfully request that this Court preclude the Government from calling any of the witnesses set forth in Exhibit A.

Respectfully submitted this 26th day of February, 2014.

        s/ James R. Sturdivant
        James R. Sturdivant (ASB-5071-R71J )
        jsturdivant@sirote.com
        Attorney for Defendant

**OF COUNSEL:**
**SIROTE & PERMUTT, PC**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   205-930-5124
Fax:   205-930-5335

Floyd M. Buford, Jr., Esq.
136 College Street
Post Office Box 4747
Macon, GA  31208

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard J. Powers
Trial Attorney
Environmental Crimes Section
United States Department of Justice
P.O. Box 7611
Washington, DC  20044

Adam C. Cullman
Trial Attorney
Environmental Crimes Section
United States Department of Justice
P.O. Box 7611
Washington, DC  20044

        s/James R. Sturdivant
        OF COUNSEL