UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| Date: | 2/27/2014 | Type of Hearing: | Pretrial Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Sally Gray |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Ava Conger |
| Courtroom: | A | | |

**Case Number:  5:13-CR-68(MTT)**

| | | | |
|---|---|---|---|
| U.S.A. | | AUSA: | Richard Powers<br>Adam Cullman |
| v. | | | |
| Stephen A. Murray and Bio-Tech Management, Inc. d/b/a Bio-Tech Systems | | Counsel: | James Sturdivant<br>Floyd Buford |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 55 minutes

9:27 am    Called to order.
- Government's Motion in Limine:
  - The Court GRANTED #1 and #2 with exception.  The Court believes the jury should not draw a conclusion that the residents were harmed.  The Court will give instruction to the jury in its preliminary instructions.  Caution given to Government witnesses with regard to opening the door.
  - The Court DEFERRED ruling on #3 but will address it if need be.
- Defendant's motion to preclude expert witness testimony is DENIED.
- Discussion of Government's 404b notice.

Discussion of court procedures, jury questionnaires, voir dire, jury selection, and stipulations.  Voir dire questions due 3/3/2014 and objections are due 3/6/2014.  Requests to charge and proposed verdict form due 3/3/2014.

10:22 am    Matter concluded.